The People of the State of New York, Respondent, *v.* Lewis Wolfe, Appellant.

Submitted January 21, 1952; decided January 24, 1952.

*Lewis Wolfe,* in person, for motion.

No one opposed.

Motion for discharge from custody dismissed. Motion for dismissal of appeal denied.